PROB 12B
FLNP(2/2013)

# Northern District of Florida
## REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  ELDON ABRAM                                   Case Number:  3:12CR22-001

Name of Sentencing Judicial Officer:    The Honorable Lacey A. Collier
                                         Senior U.S. District Judge

Date of Original Sentence:   May 24, 2012

Original Offense:   Conspiracy to Possess With Intent to Distribute Less Than 50 Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Marijuana

Original Sentence: 24 months imprisonment followed by two years supervised release (subsequently reduced to 14 months imprisonment)

Type of Supervision: Supervised Release            Date Supervision Commenced:    May 7, 2013

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total of _____ years.

☒ To modify the conditions of supervision as follows:

Order a special condition stating, "The offender shall reside at the Pensacola Community Service Center, Keeton Corrections, Inc., in the community corrections component, for a period of four (4) months. The offender shall report to the halfway house at the direction of the U.S. Probation Office."

## CAUSE

As a modification/sanction for violation conduct that occurred on or about January 20, 2014 (illegal drug usage), the above special condition is requested by the offender and Probation Officer to provide a more restrictive environment for the offender.

Rec'd 0205'14 UsDcFln 3PM 1246

ELDON ABRAM
Request for Modifying the Conditions or Term of Supervision
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*Bryan E. Jansen* ⓑ

by Bryan E. Jansen

U.S. Probation Officer
Date: January 31, 2014

---

COURT ORDERS

☐ No Action

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above

☐ Other -

*[signature]*

Signature of Judicial Officer

5 FEB 14
Date

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF FLORIDA

I, Eldon Abram, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the Court order a special condition as follows:

"The offender shall reside at the Pensacola Community Service Center, Keeton Corrections, in the community corrections component, for a period of four (4) months. The offender shall report to the halfway house at the direction of the U.S. Probation Office."

As a modification/sanction for violation conduct (illegal drug usage) that occurred on or about January 20, 2014, the above special condition is requested by the Supervised Releasee and Probation Officer.

Witness: _____   Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

1/24/14
DATE

Rec'd 02 05 '14 USDC Fln 3PM 1246